U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (Louisville)

| | | |
|---|---|---|
| **Charles L. Thomason,** | ‖ | |
|     Plaintiff, | ‖ | |
| v. | ‖ | 3:19-cv-0930-GNS |
| | ‖ | |
| **Joseph R. Dreitler,** | ‖ | |
| **Paul W. Reidl, and** | ‖ | |
| **Jenifer deWolf (Paine),** | ‖ | |
|     Defendants. | ‖ | |

**MOTION TO EXTEND TIME FOR RESPONSE TO MOTIONS [*Dkt. ##7, 8 & 10*]**

    The undersigned plaintiff moves to extend the time for response to the Rule 12(b)(2) motions of defendants [*Dkt. ##7, 8 & 10*], to allow time for jurisdictional discovery [*Dkt. #11*] and an early neutral evaluation L.R. 16.2 with a Magistrate Judge.

    <u>Meet & Confer.</u>    As soon as the first Rule 12(b)(2) motion was filed, the Plaintiff inquired whether defendant Reidl would consent, pursuant to the local rule, to an extension of time to respond. Reidl responded:



Therefore, consent is unlikely, and this motion to extend time is being filed.

    <u>Procedural Status.</u>    On Jan. 27th, 28th and 31st, 2020, Rule 12(b)(2) motions were filed by defendants. Next, plaintiff moved for leave to serve each defendant with limited jurisdictional discovery. This motion asks for the time plaintiff has to respond to be extended, so

1

as to assure consideration of the option for jurisdictional discovery to be allowed, and if granted to be completed.  In addition, the extended time would allow an opportunity for the matter to be scheduled for early neutral evaluation by a Magistrate Judge.

<u>Good Cause.</u>   An extension of time serves judicial efficiency, and time for the parties and the Court to address the appropriateness of limited jurisdictional discovery, and perhaps to schedule an early neutral evaluation.

To allow time for briefing on the jurisdictional discovery motion, the response time should be extended for 40 days.  If granted, then the order should set a date certain for plaintiff's response to the Rule 12(b)(2) motions of each defendant.

Based on the foregoing, the plaintiff moves to extend the time to respond to the motions [*Dkt. ##7, 8 & 10*], for not less than 40 days, and until after resolution of the motion seeking limited jurisdictional discovery.

A proposed form of order granting an extension is submitted herewith.

February 3, 2020

                                                    Respectfully submitted,
                                                    By:  s/*Charles L. Thomason/*
                                                    Charles L. Thomason, plaintiff
                                                    6608 Harrods View Circle
                                                    Prospect, KY 40059

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 3, 2020, the foregoing motion was filed with the Clerk of Court using the CM-ECF system of the Court, which shall transmit an electronic copy to all parties who have appeared, and that a true and complete copy of the motion papers also were served to the pro se defendants via the addresses (below) indicated on the docket sheet of the Court:

    Defendant Paul Reidl

    Email: reidl@sbcglobal.net


    Defendant Jenifer deWolf Paine
    by first class U.S. mail deposited on Feb. 3, 2020
    99 E. 4th Street  #2D
    New York City, NY 10003

                  By: *s/Charles L. Thomason/*
                  Charles L. Thomason