

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **CHARLES L. THOMASON,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 3:19-cv-00930 |
| | : | |
| **v.** | : | **Judge: Stivers** |
| | : | |
| **JOSEPH R.(sic) K. DREITLER, et al.** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANT JENIFER DEWOLF PAINE'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME FOR RESPONSE TO MOTIONS [DKT. #7, 8, & 10] and TO MOTION TO PERMIT JURISDICTIONAL DISCOVERY

Defendant Jenifer deWolf Paine ("Paine") (incorrectly sued as "Jenifer deWolf (Paine)") hereby opposes Plaintiff's (i) Motion to Extend Time for Response to the Motions to Dismiss filed by Defendants (docket entries 7, 8, and 10); and (ii) Motion to Permit Jurisdictional Discovery.

Ms. Paine hereby adopts and incorporates by reference as if fully stated herein the Response to Motion for Extension of Time and to Motion to Permit Jurisdictional Discovery filed on this date by Defendant Joseph K. Dreitler.

Dated: February 10th, 2020                    Respectfully submitted,

Jenifer deWolf Paine
99 E. 4th St.
New York, NY 10003
Telephone: (917) 572-7406
Email: paine@fr.com
*Pro Se*

1

## CERTIFICATE OF SERVICE

The foregoing document was filed and served this 10th day of February, 2020, as

follows:

Via First Class Mail, postage prepaid:

Charles L. Thomason
6608 Harrods View Circle
Prospect KY 40059

Via e-mail (with written permission)

Joseph Dreitler
4040 Park Lane
Columbus OH 43215
e-mail: jdreitler@ustrademarklawyer.com

Paul Reidl
25 Pinehurst Lane
Half Moon Bay CA 94019
e-mail: reidl@sbcglobal.net

Jennfer deWolf Paine

2