U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (Louisville)

| | |
|---|---|
| **Charles L. Thomason,** ‖ | |
| Plaintiff, ‖ | |
| v. ‖ | 3:19-cv-0930-GNS |
| ‖ | |
| **Joseph K. Dreitler,** ‖ | |
| **Paul W. Reidl, and** ‖ | |
| **Jenifer deWolf (Paine),** ‖ | |
| Defendants. ‖ | |

## MOTION TO SUPPLEMENT OPPOSITION OF PLAINTIFF TO DEFENDANT REIDL'S MOTION TO DISMISS.

Procedural Status.

The plaintiff seeks leave to file supplemental response to the following motions papers that are pending presently in this matter.

Defense motions:

1. Dkt. # 7 – Defendant Reidl Rule 12(b)(2) Motion to Dismiss

2. Dkt. # 13 - Defendant Reidl Motion to Dismiss.

3. Dkt. #22 – Defendant Reidl's Reply on Motion to Dismiss

Plaintiff's motions:

a. Dkt. # 11 – Motion to Serve Defendants Limited Jurisdictional Discovery

b. Dkt. #18 – Plaintiff's Opposition to Rule 12(b)(2) Motions

Grounds for Motion to Supplement.

In his Declaration, defendant Reidl presented the Court with his Declaration [*Dkt. # 7-3*]. The closing sentence of the Declaration does not conform textually to what is required by 28 U.S.C. §1746, but Reidl does state that he has "been advised of the penalties of perjury."

In paragraph 6, and elsewhere in his motions to dismiss, defendant Reidl unequivocally declares that "I do not have any clients in Kentucky" and that "I have never received any fees or money from persons or firms in Kentucky."

Plaintiff seeks leave to supplement its opposition to Reidl's motions to dismiss to include in the record information showing that Reidl does represent clients in Kentucky. At Tab A hereto are printouts from the online data filed with the U. S. Patent & Trademark in pending trademark application no. 86336251 for Domino Brands LLC in Bardstown, KY.

Unless the information publicly accessible on the U.S. Patent & Trademark Office website is wrong, then the unequivocal declaration of defendant Reidl that "I do not have any clients in Kentucky" is false.  [*See too,* ¶ *69, Dkt. #1 Complaint*].

The declaration and related arguments of defendant Reidl that "I do not have any clients in Kentucky" and that "I have never received any fees or money from persons or firms in Kentucky" are statements material to the issue of personal jurisdiction raised in Reidl's motions.  Those statements were made purposefully by defendant Reidl and with knowledge of their materiality.

Based on the foregoing, the plaintiff requests leave to file the supplemental information pertinent to defendant Reidl's motions to dismiss, as well as, providing support for plaintiff's motion seeking limited jurisdictional discovery.

                      Respectfully submitted,

Date: 26 MAY 2020

                      ~ S ~ /Charles L. Thomason/
Charles L. Thomason, plaintiff
6608 Harrods View Circle
Prospect, KY 40004
(502) 349-7227

TAB A



## Mark Information

| | |
|---|---|
| Mark Literal Elements: | COWBOY |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Bourbon whisky | | |
| International Class(es): | 033 - Primary Class | U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 31, 1995 | Use in Commerce: | Aug. 31, 1995 |

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | DOMINO BRANDS, LLC | | |
| Owner Address: | P.O. BOX 639<br>BARDSTOWN, KENTUCKY UNITED STATES 40004 | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | KENTUCKY |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Paul W. Reidl | | |
| Attorney Primary Email Address: | paul@reidllaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Paul W. Reidl<br>Law Office of Paul W. Reidl<br>25 Pinehurst Lane<br>Second Floor<br>Half Moon Bay, CALIFORNIA UNITED STATES 94019 |
| Phone: | 6505608530 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing paper was filed with the Clerk of Court using the CM-ECF system of the Court, on May 26, 2020, which shall transmit an electronic copy to all counsel and parties who have appeared, and that a true and complete copy of the paper also were served to defendant deWolf via U.S. mail on May 27, 2020 to the address (below) provided on her motion papers:

>Defendant Jenifer deWolf Paine
>99 E. 4th St. #2D
>New York, NY  10003

>>By:  s/*Charles L. Thomason/*
>>Charles L. Thomason