U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (Louisville)

| | |
|---|---|
| **Charles L. Thomason,** <br>     Plaintiff, <br> *v.* <br><br> **Joseph K. Dreitler,** <br> **Paul W. Reidl, and** <br> **Jenifer deWolf (Paine),** <br>     Defendants. | 3:19-cv-0930-GNS |

## NOTICE OF DISMISSAL.

Thankfully, the plaintiff voluntarily dismisses this action, pursuant to Rule 41(a)(1), FED. R. CIV. PROC.

26 NOV 2020

        ~ S ~ /Charles L. Thomason/
        Charles L. Thomason, plaintiff
        MET Building – Suite 700
        312 S. 4th St.
        Louisville, KY 40202
        Tel. (502) 349-7227

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing paper was filed with the Clerk of Court using the CM-ECF system of the Court, which shall transmit an electronic copy to all counsel and parties who have appeared, and that a true and complete copy of the paper also was served to defendant deWolf via U.S. mail to the address (below) provided on her motion papers:

> Defendant Jenifer deWolf Paine
> 99 E. 4th St. #2D
> New York, NY  10003

Date: 26 NOV 2020

                                        By:  s/*Charles L. Thomason/*
                                        Charles L. Thomason